

## U.S. District Court

### Texas Western - San Antonio

Receipt Date: Apr 30, 2024 10:40AM

MARK ANTHONY ORTEGA
14006 SHIRE OAK ST
SAN ANTONIO, TX 78247

Rcpt. No: 4875  Trans. Date: Apr 30, 2024 10:40AM  Cashier ID: #VL

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #248 | 04/22/2024 | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** FILING FEE 5:24-CV-00439; MARK ANTHONY ORTEGA V CALLY CONSULTING PLLC

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov