AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

FILED

Civil Action No.    5:24-CV-00439-JKP-RBF

JUN 2 0 2024

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                                    DEPUTY

This summons for   Cally Consulting PLLC
was recieved by me on  6/06/2024:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Heather Close**, who is designated by law to accept service of process on behalf of **Cally Consulting PLLC** at **6605 Grand Montecito Pkwy, Suite 100, Las Vegas, NV 89149-0210** on **06/10/2024 at 9:24 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date:   06/12/2024

_____
Server's signature

**John White**
Printed name and title

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Heather Close who identified themselves as the agent for service with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs. Heather is agent for service for USA corporate service who are registered agent for this business entity




Tracking #: 0135000262

Mark Antnony Ortega
152 Bedingfeld
San Antonio, TX 78231

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, TX 78207

U.S. MARSHALS RECEIVED
JUN 2 0 2024
SAN ANTONIO, TX
ENFORCEMENT

RECEIVED
JUN 2 0 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK